PROB 12C
(6/16)

Report Date:  July 20, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Austin Henry Phillips           Case Number: 0980 1:14CR02065-SMJ-2

Address of Offender:                     White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr.,  U.S. District Judge

Date of Original Sentence: July 29, 2015

Original Offense:       Violation of the Bald and Golden Eagle Act, 16 U.S.C. § 668(a)

Original Sentence:     Probation - 3 years          Type of Supervision: Probation

Asst. U.S. Attorney:   Timothy John Ohms          Date Supervision Commenced: July 29, 2015

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: July 28, 2018

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 1**:  The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**:  On July 9, 2017, Mr. Phillips was arrested by the Yakama Nation Police Department and charged with driving under the influence/physical control, hit and run attended, and three counts of recklessly endangering another person. |
| | Mr. Phillips' conditions were reviewed with him on August 24, 2015. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 1, as noted above. |
| | On July 9, 2017, Mr. Phillips posted bail and was released from the Yakama Nation jail.  He was assigned a Yakama Nation public defender.  His next hearing date with the Yakama Nation court, case number YTC-CA17-0605, is on August 11, 2017. |
| 2 | **Special Condition # 16**:  Defendant shall abstain from the use of alcohol, or comply with other limits on alcohol use imposed in addition to the stand condition to refrain from excessive use of alcohol. |

Prob12C
**Re: Phillips, Austin Henry**
**July 20, 2017**
**Page 2**

**Supporting Evidence**:  On July 8, 2017, Mr. Phillips consumed alcohol.

Mr. Phillips' conditions were reviewed with him on August 24, 2015. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 16, as noted above.

On July 13, 2017, Mr. Phillips reported to the United States Probation Office.  This officer confronted him about the incident that occurred on July 9, 2017.  Mr. Phillips admitted he had consumed alcohol on July 8, 2017, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 20, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

07/20/2017

Date